[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 19, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-11452
Non-Argument Calendar

_____

D. C. Docket No. 06-00033-CR-CAR-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KITTY SMITH,
TOREY GARTRELL,
a.k.a. Eggman,

Defendants-Appellants.

_____

Appeals from the United States District Court
for the Middle District of Georgia

_____

(August 19, 2009)

Before TJOFLAT, EDMONDSON and COX, Circuit Judges.

PER CURIAM:

Scott Chandler Huggins, appointed counsel for Torey Gartrell in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gartrell's convictions and sentences are **AFFIRMED**.